UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | |
|---|---|
| TONYA G. MARCUM, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 5: 13-440-DCR |
| | ) |
| V. | ) |
| | ) |
| CAROLYN W. COLVIN, Acting | ) **MEMORANDUM OPINION** |
| Commissioner of Social Security, | ) **AND ORDER** |
| | ) |
| Defendant. | ) |

\*\*\*  \*\*\*  \*\*\*  \*\*\*

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, and in accordance with the Memorandum Opinion and Order entered this date, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. The administrative decision of Carolyn W. Colvin, Acting Commissioner of Social Security, is **AFFIRMED** and Judgment is entered in her favor with respect to all issues.

2. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

3. This action is **DISMISSED** and **STRICKEN** from the Court's docket.

This 14th day of July, 2014.

